IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01239-LTB

EVELYN SANDERS,

    Plaintiff,

v.

KAREN ZABUK, Property Mangers,
LIBERTY ACQUISITIONS SERVICING LLC, and
PHOENIX MOUNTAIN PROPERTIES LLC,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 9, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 9yh day of June, 2014.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/K Lyons
                                      Deputy Clerk